## Commonwealth ex rel. Fleck, Appellant, *v.* Moss.

Submitted June 12, 1970.

*Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First

Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.